FILED
2007 Jul-13 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | 2:07-CR-144-KOB-RRA |
| DONEL HATCHER, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case comes before the court on the motions of defendant Donel Hatcher to dismiss for lack of speedy trial.  (Docs. 52, 53)[1].  On June 26, 2007, the magistrate judge issued a report and recommendation, recommending that the motions be denied.  Defendant Hatcher objected to the recommendation.  In his objection, the defendant requested an evidentiary hearing, stating specifically:

> The cases relied upon by the government and the United States Magistrate Judge are distinguishable on the facts of this case. In the case at bar, there is evidence that state officials acted as agents for the government in detaining the defendant. For example, as stated in the defendant's motion, Attorney Fortune reported that state authorities affirmatively stated that they were holding the defendant for the federal authorities and that the state case would be dismissed once the federal authorities returned their indictment. This assertion is supported not only by the federal involvement in the investigation of the case, but also by the time line in the state case. See *United States v. Woolfolk*, 399 F.3d 590 (4th Cir. 2005), which suggests that the time limits of the Speedy Trial Act can be triggered by something other than actual federal custody or arrest, including restraint resulting from federal action. The defendant requests an evidentiary hearing on the matter.

*Objection to Report and Recommendation*, at 1.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the

---

[1] Both motions were made by defendant Hatcher.

magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The defendant is not entitled to an evidentiary hearing because, based upon the law and the uncontested statement of facts set out in the report and recommendation, his motion is due to be denied even if he could prove his factual allegations.

Wherefore, this defendant's motions to dismiss on speedy trial grounds are DENIED.

DONE this the 13th day of July, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE